UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1148

IN THE MATTER OF THE SEARCH OF )
IN THE MATTER OF THE SEARCH OF )
CELLULAR TELEPHONE ASSIGNED CALL )
NUMBER 910-286-6957 )
) **ORDER TO UNSEAL**
)
)
)

Upon motion of the United States, the previously requested application, affidavit, and order authorizing the search warrant in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

This, the \_\_16th\_\_ day of \_\_March\_\_, 2015.

*Robert T Numbers II*
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE